ACCEPTED
15-25-00094-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/23/2025 9:39 AM
CHRISTOPHER A. PRINE
CLERK



**KEN PAXTON**

ATTORNEY GENERAL OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/23/2025 9:39:32 AM
CHRISTOPHER A. PRINE
Clerk

May 23, 2025

Mr. Christoper A. Prine                                    *via E-Filing*
Clerk of the Court
Fifteenth Court of Appeals
P. O. Box 12852
Austin, TX 78711

   Re:  Court of Appeals Numbers: 15-25-00094-CV

   Style: *In re M. Brett Cooper, M.D.*

To the Fifteenth Court of Appeals:

   I write to inform you of an update in the trial court in this matter that has mooted Relator's request for mandamus relief and an emergency stay. On May 21, 2025, Relator Dr. Cooper filed for mandamus relief in this Court, arguing that the trial court abused its discretion in refusing to hold a hearing on its plea to the jurisdiction, and seeking an emergency stay on all trial court proceedings, including a May 29, 2025 hearing on other matters, pending the outcome of its mandamus. The State explained why the trial court's actions were well within its discretion in its response to Relator's stay motion, filed on May 22, 2025.

   This morning, May 23, 2025, the trial court contacted all parties and informed them that Dr. Cooper's plea to the jurisdiction will be added to the docket for the May 29, 2025 hearing, thus providing Dr. Cooper with the exact relief he requested in this mandamus. *See* Exhibit A. This mandamus petition and accompanying stay request is now moot and should be dismissed.

          Sincerely,

          */s/ Abigail E. Smith*
          Abigail E. Smith
          Assistant Attorney General
          Consumer Protection Division
          Phone: (214) 290-8830
          Abby.Smith@oag.texas.gov

cc:     Avi Moshenberg, *via e-service*

        Nicholas R. Lawson, *via e-service*

        Simona Agnolucci, *via e-service*

        Barrington Dyer, *via e-service*

        Jennifer J. Hardy, *via e-service*

        Anika Holland, *via e-service*

        Emily Abbey, *via e-service*

        Isabella McKinley Corbo, *via e-service*

        Zoe Packman, *via e-service*

        Rodolfo Rivera Aquino, *via e-service*

        Remy Carreiro, *via e-service*

        Emma Rodriguez, *via e-service*

# EXHIBIT A

**From:** Rob Farquharson
**To:** Abby Smith
**Subject:** FW: 493-08026-2024 State of Texas v. Cooper
**Date:** Friday, May 23, 2025 9:00:55 AM
**Attachments:** image002.png
image001.png



Rob Farquharson
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General of Texas

---

**From:** Amy Patterson <apatterson@co.collin.tx.us>
**Sent:** Friday, May 23, 2025 8:52 AM
**To:** 'Packman, Zoe' <ZPackman@willkie.com>; Rob Farquharson <Rob.Farquharson@oag.texas.gov>; Abbey, Emily <EAbbey@willkie.com>; Patrick Todd <Patrick.Todd@oag.texas.gov>; wlogan@winston.com; awolf@steptoe.com; jlascano@steptoe.com; Johnathan Stone <Johnathan.Stone@oag.texas.gov>; dpadley@steptoe.com; nonparty-patient-counsel@winston.com; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; jnewsome@winston.com; David Shatto <David.Shatto@oag.texas.gov>; jackie.cooper@cooperscully.com; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; cory.sutker@cooperscully.com
**Cc:** WFG_DrCooper <WFG_DrCooper@willkie.com>
**Subject:** RE: 493-08026-2024 State of Texas v. Cooper

Counsel, this Court has received Dr. Cooper's Emergency Motion to Stay filed with the Fifteenth Court of Appeals raising concerns regarding the failure of the Court to set the pending plea to jurisdiction. It was the Court's intention to speak with the Parties further regarding this Motion, including the issue the Court broached in earlier correspondence - what, if any, targeted jurisdictional discovery is needed/must occur before the Court can rule on the motion - on May 29. However, given the concerns raised by briefing, we will formally add the plea to the docket for May 29 alongside the other motions we have been asked to set. Judge Nowak asks that supplemental briefing be filed by the Parties on or before noon on May 28 specifying what targeted jurisdictional discovery, if any, has been requested/is still needed/has occurred including specifically on the issues of employment/privileges of Dr. Cooper.


*Thank you,*
*Amy Patterson*
Court Coordinator, 493rd District Court
Ph#214-491-4870

**You MUST appear for your hearings unless the Court tells you otherwise.**

**Please send all scheduling request to 493@co.collin.tx.us for a faster response time.**

---

**From:** Packman, Zoe <ZPackman@willkie.com>
**Sent:** Thursday, May 22, 2025 11:06 PM
**To:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>; Amy Patterson <apatterson@co.collin.tx.us>; Abbey, Emily <EAbbey@willkie.com>; Patrick Todd <Patrick.Todd@oag.texas.gov>; wlogan@winston.com; awolf@steptoe.com; jlascano@steptoe.com; Johnathan Stone <Johnathan.Stone@oag.texas.gov>; dpadley@steptoe.com; nonparty-patient-counsel@winston.com; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; jnewsome@winston.com; David Shatto <David.Shatto@oag.texas.gov>; jackie.cooper@cooperscully.com; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; cory.sutker@cooperscully.com
**Cc:** WFG_DrCooper <WFG_DrCooper@willkie.com>
**Subject:** RE: 493-08026-2024 State of Texas v. Cooper

***** **WARNING:** External Email. Do not click links or open attachments that are unsafe. *****

Good evening Ms. Patterson and counsel,

Please find attached Dr. Cooper's Reply in support of his Emergency Motion to Stay, which was filed this evening in Case No. 15-25-00094-CV in the 15th Court of Appeals.

Thank you,
Zoe

**Zoe Packman**
**Willkie Farr & Gallagher LLP**
333 Bush St | San Francisco, CA 94104
Direct: +1 415 858 7404 | Fax: +1 415 858 7599
zpackman@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>
**Sent:** Thursday, May 22, 2025 12:44 PM
**To:** Amy Patterson <apatterson@co.collin.tx.us>; Abbey, Emily <EAbbey@willkie.com>; Patrick Todd <Patrick.Todd@oag.texas.gov>; wlogan@winston.com; awolf@steptoe.com; jlascano@steptoe.com; Johnathan Stone <Johnathan.Stone@oag.texas.gov>; dpadley@steptoe.com; nonparty-patient-counsel@winston.com; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; jnewsome@winston.com; David Shatto <David.Shatto@oag.texas.gov>; jackie.cooper@cooperscully.com; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; cory.sutker@cooperscully.com
**Cc:** WFG_DrCooper <WFG_DrCooper@willkie.com>
**Subject:** RE: 493-08026-2024 State of Texas v. Cooper

Ms. Patterson:

The State's Response to Dr. Cooper's Emergency Motion to Stay in the 15th COA is attached.

All the best,

Rob



Rob Farquharson
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General of Texas

---

**From:** Amy Patterson <apatterson@co.collin.tx.us>
**Sent:** Thursday, May 22, 2025 2:33 PM
**To:** 'Abbey, Emily' <EAbbey@willkie.com>; Patrick Todd <Patrick.Todd@oag.texas.gov>; wlogan@winston.com; awolf@steptoe.com; jlascano@steptoe.com; Johnathan Stone <Johnathan.Stone@oag.texas.gov>; dpadley@steptoe.com; nonparty-patient-counsel@winston.com; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; jnewsome@winston.com; David Shatto <David.Shatto@oag.texas.gov>; jackie.cooper@cooperscully.com; Rob Farquharson <Rob.Farquharson@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; cory.sutker@cooperscully.com
**Cc:** WFG_DrCooper <WFG_DrCooper@willkie.com>
**Subject:** RE: 493-08026-2024 State of Texas v. Cooper

Thank you. I was finally able to receive the four documents. We have not received a copy of the response. Please provide the Court with a copy of the response.

*Thank you,*
*Amy Patterson*
Court Coordinator, 493rd District Court
Ph#214-491-4870

**You MUST appear for your hearings unless the Court tells you otherwise.**

**Please send all scheduling request to 493@co.collin.tx.us for a faster response time.**

---

**From:** Abbey, Emily <EAbbey@willkie.com>
**Sent:** Thursday, May 22, 2025 2:25 PM

**To:** Amy Patterson <apatterson@co.collin.tx.us>; patrick.todd@oag.texas.gov; wlogan@winston.com; awolf@steptoe.com; jlascano@steptoe.com; johnathan.stone@oag.texas.gov; dpadley@steptoe.com; nonparty-patient-counsel@winston.com; pauline.sisson@oag.texas.gov; emily.samuels@oag.texas.gov; jnewsome@winston.com; david.shatto@oag.texas.gov; jackie.cooper@cooperscully.com; rob.farquharson@oag.texas.gov; amy.pletscher@oag.texas.gov; cory.sutker@cooperscully.com
**Cc:** WFG_DrCooper <WFG_DrCooper@willkie.com>
**Subject:** Re: 493-08026-2024 State of Texas v. Cooper

***** **WARNING:** External Email. Do not click links or open attachments that are unsafe. *****

Ms. Patterson:

Apologies for the issue, we will re-send the documents to the Court.

Thank you,

On May 22, 2025 at 12:09:22 PM PDT, Amy Patterson <apatterson@co.collin.tx.us> wrote:

**\*\*\* EXTERNAL EMAIL \*\*\***

The Court is unable to access the document.

*Thank you,*
*Amy Patterson*
Court Coordinator, 493rd District Court
Ph#214-491-4870

**You MUST appear for your hearings unless the Court tells you otherwise.**

**Please send all scheduling request to 493@co.collin.tx.us for a faster response time.**

**Emily Abbey**
**Willkie Farr & Gallagher LLP**
333 Bush St | San Francisco, CA 94104
Direct: +1 415 858 7479 | Fax: +1 415 858 7599
eabbey@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** eabbey@willkie.com <eabbey@willkie.com>
**Sent:** Wednesday, May 21, 2025 11:30 PM
**To:** patrick.todd@oag.texas.gov; wlogan@winston.com; awolf@steptoe.com;

jlascano@steptoe.com; Amy Patterson <apatterson@co.collin.tx.us>;
johnathan.stone@oag.texas.gov; dpadley@steptoe.com; nonparty-patient-
counsel@winston.com; pauline.sisson@oag.texas.gov; emily.samuels@oag.texas.gov;
jnewsome@winston.com; david.shatto@oag.texas.gov; jackie.cooper@cooperscully.com;
rob.farquharson@oag.texas.gov; amy.pletscher@oag.texas.gov;
cory.sutker@cooperscully.com
**Cc:** wfg_drcooper@willkie.com
**Subject:** 493-08026-2024 State of Texas v. Cooper

***** **WARNING:** External Email. Do not click links or open attachments that are unsafe. *****



# eabbey@willkie.com sent you a secure message

## Access message

Enclosed please find Dr. Cooper's Petition for Writ of Mandamus and Emergency Motion to Stay filed this evening in the 15th Court of Appeals.

 Attachments expire on May 29, 2025

This message requires that you sign in to access the message and any file attachments.

If you believe you received this email in error, please contact helpdesk@willkie.com Important Notice: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.



**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Emily Samuels on behalf of Abigail Smith
Bar No. 24141756
emily.samuels@oag.texas.gov
Envelope ID: 101197476
Filing Code Description: Letter
Filing Description: 20250523 States Letter to Court re_Mootness w Ex A
Status as of 5/23/2025 9:49 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 5/23/2025 9:39:32 AM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 5/23/2025 9:39:32 AM | SENT |
| Melinda Pate | | melinda.pate@oag.texas.gov | 5/23/2025 9:39:32 AM | SENT |
| Avi Moshenberg | | avi.moshenberg@lmbusinesslaw.com | 5/23/2025 9:39:32 AM | SENT |
| Simona Agnolucci | | SAgnolucci@willkie.com | 5/23/2025 9:39:32 AM | SENT |
| Dyer Barrington | | bdyer@willkie.com | 5/23/2025 9:39:32 AM | SENT |
| Anika Holland | | aholland@willkie.com | 5/23/2025 9:39:32 AM | SENT |
| Zoe Packman | | zpackman@willkie.com | 5/23/2025 9:39:32 AM | SENT |
| Remy Carreiro | | rcarreiro@willkie.com | 5/23/2025 9:39:32 AM | SENT |
| Rob Farquharson | | rob.farquharson@oag.texas.gov | 5/23/2025 9:39:32 AM | SENT |
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 5/23/2025 9:39:32 AM | SENT |
| David Shatto | | david.shatto@oag.texas.gov | 5/23/2025 9:39:32 AM | SENT |
| Pauline Sisson | | david.shatto@oag.texas.gov | 5/23/2025 9:39:32 AM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 5/23/2025 9:39:32 AM | SENT |
| Amy Pletscher | | amy.pletscher@oag.texas.gov | 5/23/2025 9:39:32 AM | SENT |
| Patrick Todd | | patrick.todd@oag.texas.gov | 5/23/2025 9:39:32 AM | SENT |
| Martin Cohick | | martin.cohick@oag.texas.gov | 5/23/2025 9:39:32 AM | SENT |
| Cory Sutker | | cory.sutker@cooperscully.com | 5/23/2025 9:39:32 AM | SENT |
| Jackie Cooper | | jackie.cooper@cooperscully.com | 5/23/2025 9:39:32 AM | SENT |
| Thanh Nguyen | | tdnguyen@winston.com | 5/23/2025 9:39:32 AM | SENT |